**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

CASSANDRA LITTLE

       Plaintiff,

                                            Case No.: 13-cv-2004-EFM-GLR

v.

WEST ASSET MANAGEMENT, INC.,

       Defendant.

_____

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) Plaintiff Cassandra Little, through undersigned counsel, hereby dismisses the above-captioned civil action with prejudice, Defendant West Asset Management, Inc. not having filed or served either an answer or a motion for summary judgment.

                                                  Respectfully submitted,

Dated:  February 5, 2013.           By: /s/ J. Mark Meinhardt
                                                  J. Mark Meinhardt #20245
                                                  9400 Reeds Road, Suite 210
                                                  Overland Park, KS  66207
                                                  Telephone:  913-451-9797
                                                  Facsimile:   913-888-1065
                                                  E-mail:    Mark@MeinhardtLaw.com
                                                  ATTORNEY FOR PLAINTIFF